# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alan Alcala-Flores,<br><br>   Petitioner,<br><br>v.<br><br>United States of America,<br><br>   Respondent. | No. CR-16-01349-RCC-JR-1<br>No. CV-22-00381-TUC-RCC<br><br>**AMENDED ORDER** |

  Before the Court is Petitioner Alan Alcala-Flores's Motion to Amend Order Granting Petition for Writ of Error Coram Nobis. (Doc. 15 in CV-22-381-TUC-RCC.) The Court will grant the motion and amends the May 5, 2023 Order as follows:

  Petitioner/Defendant Alan Alcala-Flores filed a Petition for Writ of Error Coram Nobis in CV-22-00381-TUC-RCC, seeking to set aside his 2017 alien-in-possession conviction in CR-16-01349-RCC. (Doc. 1 in CV-22-00381-TUC-RCC; Doc. 47 in CR-16-01349-RCC.)

  The Government filed a response stating that, without any comment on the merits of the petition, it does not oppose the requested relief in this particular case and has no objection to dismissing the criminal case. (Doc. 12 in CV-22-00381-TUC-RCC.)

  The Court finds that Mr. Alcala's guilty plea in 4:16-cr-01349-RCC was not voluntary and intelligent, in violation of the Due Process Clause of the Fifth Amendment because he was not informed of all the elements of the crime identified in *Rehaif v. United States*, 139 S. Ct. 2191 (2019). *See United States v. Bousley*, 523 U.S. 614, 618-

1  21, 624 (1998).

2       IT IS ORDERED that Defendant Alan Alcala-Flores's 2017 alien-in-possession
3  conviction in CR-16-01349-RCC is set aside and that case is DISMISSED. The Clerk of
4  Court shall docket accordingly and close the case file in the civil matter.

5       Dated this 14th day of September, 2023.

_____
Honorable Raner C. Collins
Senior United States District Judge